UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
CLAUDIO ANANIA, JAMES CHIARALUCE,
JOHN FAIRCHILD, GLORIA GALLICCHIO,
MARY ANN HACKETT, DAWN SANFORD,
DANIEL SPONGBERG, and MARK STANDISH,
 individually and on behalf of all others similarly situated,

                              Plaintiffs,

  -against-

SBC and THE SOUTHERN NEW ENGLAND
TELECOMMUNICATIONS CORPORATION,

                              Defendants.
------------------------------------------------------------x

CIVIL ACTION NO.
3:01CV319 (DJS)



## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above action stipulate that all claims of Plaintiffs' complaint are hereby dismissed with prejudice and without assessment against any party or payment by any party to the other of interest or costs, all parties waiving all rights of appeal.

Respectfully submitted,

_____
Christina Norum
ct 22794
SEMEL, YOUNG, & NORUM
275 Seventh Avenue–Suite 2300
New York, New York 10001
(212) 419-1550
Attorneys for Plaintiffs

Dated: October 24, 2003

_____
Lori B. Alexander
ct 08970
TYLER, COOPER & ALCORN
205 Church Street
New Haven, Connecticut 06510
(203) 784-8270
Attorneys for Defendants

Dated: ~~October~~ Nov. 10, 2003

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 10th day of November, 2003, as follows: Christina Norum, Semel, Young & Norum, 275 Seventh Avenue - Suite 2300, New York, New York 10001.

*Lori B. Alexander*
Lori B. Alexander