# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CLAUDIO ANANIA, ET AL**    **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:01cv319(DJS) |
| **SBC, ET AL**    **Defendants** | : |

### ORDER

The parties Stipulation of Dismissal with Prejudice (Doc. #33) is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this _____ day of November, 2003.

        /s/DJS_____
        Dominic J. Squatrito
        United States District Judge